FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 19-90046-BHL | Trustee Name: | Charity S. Bird |
|---|---|---|---|
| Case Name: | CLIFT, PATRICK RAYMOND | Date Filed (f) or Converted (c): | 01/11/2019 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 02/13/2019 |
| | | Claims Bar Date: | 05/20/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1090 SR 46 E Batesville IN 47006-0000 | $107,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2015 Jeep Compass Mileage: 36,000 | $12,000.00 | $0.00 | | $0.00 | FA |
| 3 | Household goods and furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 4 | Electronics | $500.00 | $0.00 | | $0.00 | FA |
| 5 | (1) Guitar | $50.00 | $0.00 | | $0.00 | FA |
| 6 | (1) Pistol (1) Shotgun (1) Rifle | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Clothing & Shoes | $50.00 | $0.00 | | $0.00 | FA |
| 8 | Hand & Power Tools | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Checking & Savings BCU | $10.00 | $0.00 | | $0.00 | FA |
| 10 | Debit Card Chime | $100.00 | $0.00 | | $0.00 | FA |
| 11 | 401(k) Fidelity | $99,437.96 | $99,437.96 | | $0.00 | FA |
| 12 | Potential prorated tax refunds | $2,891.00 | $2,601.00 | | $2,601.00 | FA |
| 13 | Term life insurance policy through ; Beneficiary: employer | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $223,938.96 | $102,038.96 | | $2,601.00 | $0.00 |

| Initial Projected Date Of Final Report (TFR): | 08/31/2019 | Current Projected Date Of Final Report (TFR): | | /s/ CHARITY S. BIRD |
|---|---|---|---|---|
| | | | | CHARITY S. BIRD |

Page No: 1

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 19-90046-BHL | |
| **Case Name:** | CLIFT, PATRICK RAYMOND | |
| **Primary Taxpayer ID #:** | **-***5239 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/11/2019 | |
| **For Period Ending:** | 03/31/2019 | |

| | |
|---|---|
| **Trustee Name:** | Charity S. Bird |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0046 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $48,364,291.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/15/2019 | (12) | Debtor | 2018 Tax Refund payment | 1124-000 | $2,601.00 | | $2,601.00 |
| | | | **TOTALS:** | | $2,601.00 | $0.00 | $2,601.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,601.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,601.00 | $0.00 | |

| For the period of 1/11/2019 to 03/31/2019 | | For the entire history of the account between 03/15/2019 to 03/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,601.00 | Total Compensable Receipts: | $2,601.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,601.00 | Total Comp/Non Comp Receipts: | $2,601.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 19-90046-BHL-7A    Doc 23    Filed 04/29/19    EOD 04/29/19 11:13:26    Pg 3 of 3

Page No: 2

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-90046-BHL | |
| **Case Name:** | CLIFT, PATRICK RAYMOND | |
| **Primary Taxpayer ID #:** | **-***5239 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/11/2019 | |
| **For Period Ending:** | 03/31/2019 | |

| | |
|---|---|
| **Trustee Name:** | Charity S. Bird |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0046 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $48,364,291.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,601.00 | $0.00 | $2,601.00 |

| For the period of 1/11/2019 to 03/31/2019 | | For the entire history of the case between 01/11/2019 to 03/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,601.00 | Total Compensable Receipts: | $2,601.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,601.00 | Total Comp/Non Comp Receipts: | $2,601.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ CHARITY S. BIRD

CHARITY S. BIRD